IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. _____
*(Electronically Filed)*

JOHN CORNETT, AND ALL OTHERS            PLAINTIFFS
SIMILARLY SITUATED

v.            **NOTICE OF REMOVAL**

CMCO MORTGAGE, LLC d/b/a
THE HOME LENDING SOURCE            DEFENDANT

\*\*\*\*    \*\*\*\*    \*\*\*\*

Defendant, CMCO Mortgage, LLC d/b/a The Home Lending Source, by counsel and pursuant to 28 U.S.C. §§ 1441, *et seq.*, respectfully removes this case to the United States District Court for the Eastern District of Kentucky. The grounds for removal are:

1. On July 23, 2012, Plaintiffs, John Cornett, and all others similarly situated ("Plaintiffs"), served a copy of Civil Summons and Complaint for a civil action captioned: *John Cornett, and all others similarly situated v. CMCO Mortgage, LLC. d/b/a The Home Lending Source,* Civil Action No. 12-CI-1111 ("State Court Action"), in the Boone Circuit Court, Division 1, in Boone County, Kentucky.

2. A true and accurate copy of the Summons and Complaint in the State Court Action is attached hereto as Exhibit "1." Pursuant to 28 U.S.C. § 1446(a), the Plaintiffs' Summons and Complaint comprise all of the "process, pleadings, and orders served upon…defendant…in [this] action."

3. The Complaint alleges the following two causes of action: (a) violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* and (b) breach contract.

4. Jurisdiction over the subject matter of this action is conferred on this Court by 28 U.S.C. § 1331 and § 1441(b) in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiffs' claims under the FLSA are causes of action that arises under the laws of the United States.

5. In addition, this Court has original diversity jurisdiction over the State Court Action under the provision of 28 U.S.C. § 1332(a)(1), and the action is one which may by removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that:

(a) Plaintiff avers that he is an individual and citizen of the Commonwealth of Kentucky and no other state. (Complaint at ¶ 1.)

(b) Defendant is an Ohio Limited Liability corporation, with its principal place of business in Ohio. (Complaint at ¶ 2.)

(c) At the time of the commencement of the State Court Action, Plaintiff and Defendant were, and upon the date of the filing of this Notice of Removal are, citizens of different states.

(d) Upon information and belief, Defendant asserts that the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

6. Original jurisdiction, therefore, exists in the federal courts under 28 U.S.C. § 1332 under federal question and diversity grounds.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days of Defendant's receipt of service of the underlying Summons and Complaint on July 23, 2012.

8. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, the Defendant filed in the Boone Circuit Court, Division 1, in Boone County, Kentucky, a Notice of Filing of Removal with a copy of this Notice of Removal attached thereto. Furthermore, the Defendant has sent to counsel for Plaintiffs a copy of both this Notice of Removal and the Notice of Filing Notice of Removal.

9. The United States District Court for the Eastern District of Kentucky, Covington Division, is the district court of the United States for the district and division within which the State Court Action was filed and is pending.

10. This Notice of Removal has been verified by Craig P. Siegenthaler, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendant respectfully notifies this Court that the State Court Action pending against it in Boone Circuit Court, Division 1, Boone County, Kentucky, has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

*s/ Craig P. Siegenthaler*
Craig P. Siegenthaler
Emily N. Litzinger
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY 40202
Phone: (502) 561-3970
Fax: (502) 561-3991
E-mail: csiegenthaler@laborlawyers.com
E-mail: elitzinger@laborlawyers.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2012, I electronically filed the foregoing Notice of Removal with the clerk of the court by using the CM/ECF System. I further certify that on August 10, 2012, a true and correct copy of the foregoing was served, via first-class U.S. Mail, postage pre-paid, upon the following:

    Charles T. Lester, Jr.
    5247 Madison Pike
    Independence, Kentucky 41051-7941
    Phone: (859) 282-8985
    Fax: (859) 486-6590
    Email: cteljr@yahoo.com, cteljr@fuse.nt

    COUNSEL FOR PLAINTIFFS

                                *s/ Craig P. Siegenthaler*
                                COUNSEL FOR DEFENDANT

Louisville73571.1