EXHIBIT A



# HOME LENDING SOURCE

# BRANCH MANAGEMENT AGREEMENT

This Branch Management Agreement ("Agreement") is entered into between HOME LENDING SOURCE, an Ohio Corporation (hereinafter referred to as Home Lending Source) whose principal business address is 7851 Freeway Circle, Middleburg Heights, OH 44130 and _John Genft & Steve Williams_ (hereinafter referred to as "Manager") whose business address is _69ew Houston Rd, Unit 21 Florence, KY 41042_ (hereinafter referred to as the "Home Lending Source Branch Office"). Unless otherwise provided herein, Home Lending Source, as defined above, shall mean both Home Lending Source and any such successor(s) or assign(s) that assumes and agrees to perform this Agreement, by operation of law or otherwise.

## Recitals

A. WHEREAS, Home Lending Source has obtained or shall obtain and secure all appropriate business licenses and registrations to be authorized to do business as a licensed mortgage banker in the State(s) of _Ky_; and

B. WHEREAS, Manager is an experienced mortgage banker with years of experience managing mortgage originators within the State of _____, is experienced in the management of a mortgage banking office and wishes to assume the Branch Manager responsibilities of the Home Lending Source Branch Office; and

C. WHEREAS, Home Lending Source wishes to delegate certain duties related to the supervising of the Home Lending Source Branch Office; and

D. WHEREAS, the parties desire to enter into an agreement pursuant to which Manager shall perform the duties, responsibilities and functions of Branch Manager at the Home Lending Source Branch Office pursuant to the terms and conditions of this Agreement and the Home Lending Source Branch Manager Job Description;

E. WHERAS, The Manager represents and agrees that he/she has not been pressured, misled, or induced to enter this Agreement based upon any representation by the Company or its agents not contained herein. The Manager represents that he/she has entered into the Agreement voluntarily, and after having the opportunity to consult with representatives of his/her own choosing and that this Agreement is freely given.

NOW THEREFORE, the parties agree as follows:

1. **Assignment of Branch Manager:** Manager shall assume the position of Branch Manager for the Home Lending Source Branch Office.

2. **Delegation of Regulatory and Managerial Responsibilities:** Manager agrees to accept and Home Lending Source agrees to delegate responsibility and authority for the supervision of the Home Lending Source Branch Office operations and all employees operating at the Home Lending Source Branch Office, including, but not limited to the following:

HLS 10-11-2010  |25



(a.) Manager agrees to review, within five working days after preparation or signing by the loan originator or before close of escrow, whichever occurs first, every material instrument and disclosure prepared or signed by the loan originator in connection with any transaction for which a document review is required as defined in Exhibit B – Required Review Documents, or which may have a material effect upon the rights or obligations of a party to the transaction.

(b.) Manager agrees to comply with, and carefully supervise the conduct of all Home Lending Source Branch Office employees to ensure compliance with all Home Lending Source requirements and policies (including those associated with Lender/Broker Agreements) as well as all applicable federal, state and local laws and industry regulations and guidelines (including, if applicable, Mortgagee Letter 00-15).

Manager further agrees and acknowledges that he/she will represent the interests of Home Lending Source in a professional and ethical manner and that the Manager will behave and perform their duties as Home Lending Source may from time to time require all Branch Managers of Home Lending Source. Manager further understands and acknowledges that their role as Branch Manager is to supervise and implement policies and procedures of Home Lending Source and not to serve as a collective bargaining representative. Branch Managers that derive their leadership through the escalation of complaints of staff members may not be the best fit for Home Lending Source and may be asked to leave.

(c.) As a material inducement to Home Lending Source to enter into this Agreement, Manager covenants and agrees that during the term of this Agreement, Manager shall not directly or indirectly, for her/his own account or for the benefit of any other person, engage or participate in, or own any interest, provide any financing for, perform any service for, or act in any capacity for any other business or organization which engages or participates, directly or indirectly, in any business or activity which is primarily conducting business as a mortgage banker, title, escrow, real estate, credit reporting or insurance company.

Manager further agrees and acknowledges that he or she will not open, attempt to open, operate or attempt to operate, any bank account in Home Lending Source's name, or any similar name, and that all monies received by Manager for Home Lending Source or on Home Lending Source's behalf are funds of Home Lending Source and will be made payable to Home Lending Source, and all such monies are held in trust and shall be delivered immediately to Home Lending Source, all in accordance with company policies and procedures.

**3. Delegation of Functional Responsibilities:** Manager agrees to perform the following functional duties:

A. Register with Home Lending Source all loans originated in and/or by the Home Lending Source Branch Office.

B. Recruiting and contracting with, as agent for Home Lending Source, all Loan Originators for Home Lending Source Branch Office. Said Originators to be licensed by or otherwise authorized to perform the duties and responsibilities of a Loan Originator, to be in good standing with the state and federal regulatory agencies and to



be required to operate within the terms and conditions established by the Home Lending Source Loan Originator Agreement, Employee Status Policy and any other internal policy and procedure guidelines established by Home Lending Source from time to time. All said originators are to be employees of Home Lending Source and shall not split-commissions with any non-licensed loan originator or non Home Lending Source employee.

C. Recruiting and hiring, as agent for Home Lending Source, of all branch support staff.

D. Supervision of all licensees/originators and employees to ensure compliance with all applicable internal Home Lending Source policies and procedures. Manager shall administer all employee/loan originator relations and shall obtain approval from Home Lending Source before taking any administrative action affecting the employment status of said employees and originators.

E. Assistance to all loan originators in the preparation of client loan packages and in the selection of loan programs to ensure quality control and the best possible loan programs for Home Lending Source's clients consistent with ethical standards and income requirements.

F. Administrative assistance to all loan originators in association with corporate personnel. Assist new originators in their initial requirements (i.e., business cards, announcements, pagers or voicemail, general company policies and procedures, etc.) and becoming oriented to Home Lending Source and monitor progress and development of new originators in contributing to Home Lending Source's goals.

G. Supervision of Loan Processing and other support staff located in the branch to ensure quality control, superior loan packaging and compliance with all applicable internal Home Lending Source policies and procedures.

H. Maintenance of the highest ethical standards and to assure the highest quality loan services/products.

I. Development of new lender relationships as required by market conditions and submission of all broker/lender agreements to Home Lending Source for review, approval and proper execution.

J. Monitoring correct use of all Home Lending Source, state and federal forms.

K. Collection of and transfer to Home Lending Source of all required trust funds coincident with client transactions.

L. Oversee distribution of Home Lending Source memos, directives, and policy statements.

M. Conduct 90 day and annual (or as needed) employee reviews in accordance with Home Lending Source policies and procedures.

N. Arrange and moderate branch office sales meetings.

O. Install and monitor loan originator floor call coverage to ensure Home Lending Source customer calls to branch are answered and/or responded to in a timely manner and the



reputation of Home Lending Source is not impaired in the local community.

P. Review, modify and submit for Home Lending Source marketing department approval all loan originator created marketing and promotional literature and advertising to ensure quality and compliance with Home Lending Source's policies as well as applicable state and federal law and the maintenance of said approval must be maintained in the branch for a period of at least 5 years.

Q. Arrange for association with local board of realtors and mortgage bankers association and monitor information flows from local association, real estate brokerages and general business to ensure loan originators are current on business related information.

R. Review and resolve client complaints and report in writing all complaints immediately to Home Lending Source.

**4. Accounting:** Home Lending Source shall maintain a separate profit/cost center account for the Home Lending Source Branch Office into which branch gross revenues are credited and all branch expenses are charged. Notwithstanding anything in this Agreement to the contrary, all reasonable and customary branch expenses are expenses of Home Lending Source and shall be paid by, and shall be the responsibility of, Home Lending Source.

On a monthly basis, Home Lending Source shall deliver an accounting of all origination activities of the Home Lending Source Branch Office.

Within the first 90 days Home Lending Source shall begin to establish, through an accrual of corporate funds, a loan loss reserve account in an amount equal to $7,500 for every 150 loans originated ($75 per loan) up to a maximum of $7,500 per level.

|  | Annual Closed Loan # of Units | Loss Reserve Cap |
|---|---|---|
| Level 1 | Less than 150 Loans | $7,500 |
| Level 2 | Between 150 and 300 Loans | $15,000 |
| Level 3 | Between 300 and 450 Loans | $22,500 |
| Level 4 | Over 450 Loans per year | $30,000 |

This shall be used for the sole purpose of providing for payment of any net losses suffered by the Home Lending Source Branch Office. Early Payment Default Indemnification charges by secondary market investors will be paid from this reserve account and replenished from future originations until the reserve cap is reached again. In the case where the Manager leaves the employment of Home Lending Source and the Manager gives at least 60 days notice of the Manager's intent to leave; the reserve account will be paid out to Manager after commissions then payable to the Manager have been reduced to zero and Home Lending Source has paid all



due operation expenses and no other apparent operating expenses are pending that would cause the branch to incur a loss. For every two years that the branch does not have an Early Payment Default Indemnification charge, the reserve cap will be reduced by $7,500 and the reserve will be paid to the Manager as a bonus. If an Early Payment Default Indemnification occurs after a cap reduction, the reserve cap returns to the original loss reserve cap and loan loss reserve collections begin again.

The Manager and all Home Lending Source Branch Office employees shall be paid as W-2 employees on a bi-weekly basis, or as otherwise agreed. Home Lending Source shall make deductions for Federal Taxes, State Taxes, Social Security, State Unemployment Insurance and other deductions as required by State or Federal law.

5. **Manager Compensation and Benefits:** During the term of this Agreement, Manager shall receive a guaranteed minimum monthly salary of $1,084 ("Salary"). After all Home Lending Source Branch Office monthly expenses incurred by the branch have been deducted from Gross Branch Income (including Manager's Salary), Manager shall also be entitled to receive one hundred percent (100%) of all of the remaining monthly net income ("Manager Commission"). Said monthly net income shall be determined on a monthly basis and shall be calculated by taking into account the monthly Gross Branch Income received from the current month, as well as any cumulative cash deficits the branch may have experienced in the past 3 months, and subtracting all Home Lending Source Branch Office expenses incurred during the current month, as set forth in Exhibit A. Home Lending Source shall provide Manager with a complete monthly accounting of all income credited and expenses charged to the Home Lending Source Branch Office during the period. Said monthly net income percent shall be distributed to Manager monthly within Twenty (20) business days of the last day of the month.

If there is cash flow deficit in any given month, HLS will fund the deficit and will deduct any cash flow deficit from next month's cash flow before disbursement of any expenses for the following month. After a cumulative cash flow deficit of $10,000 in any given 12 months HLS will have the discretion of terminating the contract or employment of the BM or renegotiate compensation with BM and LO's of that Branch.

In addition to compensation, Manager is entitled to participate in Home Lending Source's 401K (if applicable) and health insurance plans, as well as any other benefits that Home Lending Source may make available from time to time to Managers of Home Lending Source.



The parties expressly acknowledge that the compensation and benefits to Manager represents the reasonable value of the services provided.

**6. Retail Branch Price:** Home Lending Source will provide to the Branch on a daily basis a Retail Branch Price which the Branch Manager may choose to increase with the difference to be included in the Gross Profit of the Branch. In no case will the Retail Branch Price be less than Median price published by the Icon Advisory Group for Wholesale lenders in the Branch's home state. The price for the Icon Advisory Group subscription will be included as an expense of the Branch.

**7. Relationship of the Parties:** The parties acknowledge and agree that Manager is an "at will" employee and nothing herein is intended to create a partnership, or joint venture association.

**8. Authority to Contract:** Manager shall have no authority to enter into any agreement in the name of Home Lending Source without the prior written approval of Home Lending Source.

**9. Term:** The term of this Agreement shall be at will.

**10. Termination:** This Agreement shall terminate upon any of the following events or for any of the following causes:

A. A material breach of any provision hereof by Manager, provided said breach remains uncured for a period of ten (10) days following written notice of said breach.

B. In the event of insolvency of Home Lending Source

C. A decision by Home Lending Source to terminate all mortgage related activities at the branch location.

D. By mutual agreement of the parties.

E. Failure to maintain individual Sate licensing required to operate in the capacity of a mortgage loan originator and/or allowing unlicensed activity to occur at the branch.

F. Violation of HLS internal policies including but not limited to – RESPA Policy, Application Policy, Appraisal Policy, Referral Policy, and Fair Lending Policy

G. Any violation of the HLS Zero Tolerance Fraud Policy



If Home Lending Source determines that the Manager has violated any federal, state, or local laws, or has violated any terms of this Agreement, Home Lending Source may terminate this Agreement immediately.

Upon termination of this Agreement, the Manager shall return any Home Lending Source-owned property, including, but not limited to, policies and procedures documentation, loan files, customer lists, etc. In addition, all loans in process on, and at all times before, the termination of this Agreement are and shall remain the sole property of Home Lending Source; provided, however, that upon termination of this Agreement for any reason, the calculation of Manager's Compensation shall include an amount equal to twenty-five basis points (0.25%) of the original principal amount of any such loan in process, but only if the loan was approved by Home Lending Source prior to the termination date and actually is funded by Home Lending Source within thirty (30) days after the termination date (and no other gross revenues related to such loans shall be included in such calculation). Home Lending Source will provide a full accounting of all funds due Manager within 90 days after termination.

Where Manager is terminated due to the Manager's acts of fraud, theft, forgery or other wrongful or illegal acts, Manager forfeits any right to additional compensation which may be otherwise paid in accordance with this Agreement or company policies and procedures.

The Manager agrees not to solicit any current Home Lending Source employee for a twelve (12) month period after the termination date as defined in the Restrictive Covenants Agreement signed by Manager, except for employees working in the Home Lending Source Branch Office at the time of termination within the first 12 months of this Branch Manager Agreement.

11. **Arbitration:** In the event of any dispute or disagreement between the parties in connection with any interpretation of this Agreement, and cannot be resolved by the parties, each agree that any such controversy will be settled by arbitration in accordance with the rules of the American Arbitration Association. The parties further agree arbitration shall take place in the State of Florida in the county where Home Lending Source's executive offices reside.

12. **Choice of Law:** This Agreement shall be governed and construed in accordance with the laws of the State of Florida.

13. **Attorneys' Fees:** In the event of any legal proceeding or arbitration between the parties to this Agreement, the prevailing party shall recover reasonable attorneys' fees.

HLS 10-11-2010 | 31



14. **Entire Agreement:** This Agreement constitutes the entire agreement regarding the subject matter hereof, and all previous negotiations or understandings are deemed merged herein. All amendments shall be in writing executed by all parties. If any part of this Agreement is breached and such breach is allowed to occur by either party without terminating this Agreement, neither party waives their right to enforce their rights for the breach at a future date.

15. **General Provisions:**

(a.) **Severability:** If any provision of this Agreement shall be invalid or unenforceable to any extent, the remainder of this Agreement shall not be affected thereby.

(b.) **Notices:** Formal notices or communications shall be in writing, properly transmitted by personal service or by first class mail, addressed as follows:

**If to Home Lending Source:**

> Home Lending Source
> Attn: Mike Kelly, Chief Risk Officer
> 7851 Freeway Circle
> Middleburg Heights, OH 44130

**If to Manager:**

> John Cornett & Steve Williams
> 6900 Houston Rd, Unit 21
> Florence, Ky. 41042

or such other address as either party may designate in writing.

(c.) **Counterparts:** This Agreement may be executed in two (2) or more counterparts, each of which shall be deemed an original and all of which together shall constitute an instrument.

16. **Confidentiality:** During the term of employment under this Agreement, Manager will have access to and become familiar with various company terms, forms, procedures, and records, which are owned by Home Lending Source, and which are regularly used in the operation of the business of Home Lending Source. Manager shall not disclose any of the aforesaid company forms, procedures, or records, nor use them in any way during the term of this Agreement, except as required in the course of Manager's employment, and at no time thereafter. All files, records, documents, drawings, specifications, proprietary information, and similar items relating to the



business of Home Lending Source, whether prepared by Manager or otherwise coming into Manager's possession (including, without limitation, customer lists and loans/applications in process) shall remain the exclusive property of Home Lending Source and shall not be copied or removed from the premises of Home Lending Source under any circumstances whatsoever without the prior written consent of Home Lending Source.

17. **Effective Date:** The effective date of this Agreement shall be ___Jan. 1st, 2011___

| Home Lending Source | Branch Manager |
|---|---|
| By /signature/ | By /signature/ |
| Title Vice President | Date: 12/25/10 |



# EXHIBIT A
## Manager's Commission

Manager's Commission shall be calculated as 100 % of the following formula:

All gross revenues actually received by the Home Lending Source Branch Office (Branch Office) in the applicable month directly resulting from the residential mortgage loan origination activities undertaken by the Branch Office for and on behalf of Home Lending Source, plus any pricing margin the Branch Manager applies to the Branch (for loans funded within the Branch with respect to such month), less (with respect to such month) the sum of the following:

1. All rent and lease/sublease payments (including, if applicable, without limitation, leases related to location, furniture, fixtures and equipment),

2. All utilities and customary office supplies attributable to the Branch Office,

3. All compensation paid to Home Lending Source employees located in the Branch Office (including, without limitation, commissions, salaries and benefits payable to all loan officers, processors and other individuals working out of the Branch Office, including, without limitation, Manager), except for closers and underwriters managed and supervised by Home Lending Source that may be located in the Branch Office,

4. All telephone, facsimile, computer hardware, computer software and other equipment costs paid by Home Lending Source attributable to the Branch Office,

5. All insurance premiums and other costs attributable to the Branch Office,

6. All loan officer and branch licensing, dues and subscriptions requested by branch, and branch permit fees, including the costs of agency filings and audits,

7. All legal and accounting expenses attributable to the Branch Office, excluding any annual audit costs incurred by Home Lending Source,

8. All other operating costs of the Branch Office including, without limitation, credit reports and unpaid appraisal fees, overnight courier charges to or from the branch, HUD branch fees and a $25 per funded loan technology charge to pay for future branch equipment upgrades and systems (also, any AUS charges that are 200% higher than the Home Lending Source average for all branches measured on a per funded loan basis),

9. All taxes attributable to the Branch Office (including, without limitation, income, property, payroll and other taxes),

10. All amounts necessary for Home Lending Source to establish a loss reserve for future potential losses and/or expenses,

11. Any amounts permitted under Home Lending Source's guidelines or prudent industry standards to be charged back to the Branch Office, and

HLS 10-11-2010    |34



12. All costs related to any breach or non-compliance of this Agreement or Home Lending Source's policies and procedures by Manager or the employees located at the Branch Office.

It is expressly understood and agreed that all of the foregoing reasonable and customary costs and expenses shall be paid by, and shall be the responsibility of Home Lending Source. The listing of these amounts in this Exhibit is only for the purpose of calculating Manager's compensation.



# EXHIBIT B
## Required Review Documents

The following loan documents and disclosures should be reviewed by the Branch Manager for all loan applications taken by Home Lending Source Branch employees to ensure quality, accuracy, compliance and completeness before submission to Home Lending Source underwriters.

A. Initial loan application signed and dated by all Borrowers, Cosigners and Originator
B. Truth In Lending-Initial Disclosure to be signed and dated by all Borrowers
C. Good Faith Estimate to be signed and dated by all Borrowers
D. Loan Application Agreement
E. Fees Worksheet itemizing all fees charged by the branch
F. Tangible Net Benefit Disclosure and / or Worksheet to be completed and signed by Borrowers
G. Borrower Authorization
H. Purchase/Sale Contract fully executed by all parties

HLS 10-11-2010

*See Addendum* [signature] 136 [signature]

Addendum to Branch Management Agreement					November 23, 2010

Home Lending Source acknowledges and approves the following for John Cornett and/or Steve Williams and any mortgage Branches under their Management.

- To retrieve/copy Branch's direct client database in any format necessary in order to market in any fashion but not limited to email, mailers, etc...It is understood that database is property of Home Lending Source.

- Branches may at their own discretion offer lower closing costs. Lower closing costs would be a result of Lender credits. Lender credits are when Branch or Loan Originator applies some or all of their yield spread premium and/or service release premium to pay for some or all of the Borrowers costs.

- To continue Commercial and private money lending through Sierra Capital LLC, and continue buying and selling real estate through Sierra Properties. John Cornett and Steve Williams have ownership in both companies.

- Continue to market on Compare Lenders site while being given the freedom to post rates of Managers choosing. Also, continue with SierraAgentAdvantage Real Estate Listing site. Note, name of site will be change after sunset clause has been reached.

- It is understood that Branch will be able to Broker loans if and only if Home Lending Source cannot or will not approve a loan.

_____
John Cornett / Manager

_____
Steve Williams / Manager

_____
Home Lending Source Representative /
Title Vice President



# Set up Information

To be able to have a seamless transition there is certain information that we will need to set up your branch in our system. Please provide a list of regular fees that your office charges consumers (i.e. processing fee, etc):

| FEE TYPE | $ Cost |
|---|---|
| 1. Processing Fee | $ 395 |
| 2. _____ | $ _____ |
| 3. _____ | $ _____ |
| 4. _____ | $ _____ |
| 5. _____ | $ _____ |

We would also like to know if there is any marketing policy or approach you generally follow.

Most of our business is from past clients, referrals from Builders & Realtors

What percentage of your business, if any, is internet based? 5%

If you are involved with internet generated lead sources from what services do you buy leads?

Compare Lenders